

**NUMBER 13-17-00112-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EDUARDO LUNA RODRIGUEZ,**                                   **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                   **Appellee.**

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Order Per Curiam**

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on November 21, 2017. Appellee has not filed a brief. The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief

with this Court on or before October 31, 2018.   Further motions for extension of time will not be favorably entertained by the Court.

      IT IS SO ORDERED.

                              PER CURIAM

Delivered and filed the
1st day of October, 2018.